RECEIVED IN
The Court of Appeals
Sixth District

OCT 1 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

OCT 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Appeal No. 06-15-00062-CV

Trial Cause No. 153-270680-14

Allen F Calton
Plaintiff

V

Steve Schuller, et al
Defendants

Court of Appeals

Sixth Appellate District

State of Texas

**Appellants Request To The District Clerk Thomas Wilder and/or Clerk Debra K Autrey For A Free Clerk's Record in its Entirety**

To: District Clerk Thomas Wilder

To: Appellate Sixth District Clerk Debra K Autrey

Before this Appeal Can go forward and before I can prepare and file a brief I need a copy of the Clerk's record in its entirety. The brief was due on 10-30-15. But since I have not been provided a copy of the Clerk's record I am precluded from filing a brief. without an extension of time needed to do so, someone needs to provide me the Clerk's record. I've filed motions with the court explaining the impediments I face and have faced and if I don't get the record forwarded to me at the address below will continue to face. District Clerk Thomas Wilder I requested the record on 9-3-15. You had no problem filing one electronically with the Sixth District

Appellant Letters To The Clerks For The Record page 1 of 2

of court of Appeals. Show me the same Courtesy. And let the judicial system be available to me in an unimpeded way. The Clerks need to confer to determine who is going to provide the record. Whether by loan or my own personal copy.

Allen "F" Calton

Certificate Of Service

I hereby certify that a copy of the foregoing was first class mailed to District Clerk Thomas Wilder 100 N. Calhoun St., Ft Worth, TX 76196, Clerk Debra K Autrey 100 N. State Line Ave #20, Texarkana, TX 75501, District Attorney Sharen Wilson 401 W. Belknap St. Fort Worth, TX 76196 and Attorney General Dmetri Anastasiadis 300 W. 15 St Austin, TX 78701 on 10-7-15.

Allen "F" Calton

Allen "F" Calton #1123880
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

Appellants Letters To The Clerks For The Record page 2 of 2